UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **SHALE CONSULTANTS, L.L.C.** | * | **CIVIL ACTION NO.  13-1124** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **GEORGE WILSON, III and FRAC CONSULTING, L.L.C.** | * | **MAG. JUDGE KAREN L. HAYES** |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motion to dismiss for improper venue pursuant to Fed.R.Civ.P. 12(b)(3), and in the alternative to transfer pursuant to 28 U.S.C. §§ 1406(a) or 1404(a) [Doc. No. 7] is GRANTED IN PART and DENIED IN PART.  To the extent that Defendants move for transfer, the motion is GRANTED.  This matter is hereby TRANSFERRED to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1404(a).  The motion is otherwise DENIED.

MONROE, LOUISIANA, this 3rd day of September, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE